# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| IN RE: AUTOMOTIVE HOSES CASES | |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | 2:15-cv-03201-SFC-RSW<br>2:16-cv-10001-SFC-RSW<br>2:18-cv-12711-SFC-RSW |

## ORDER APPROVING PROPOSED PLAN FOR
## DISTRIBUTION OF SETTLEMENT FUNDS

AND NOW, this 12th day of February, 2021, upon consideration of Direct Purchaser Plaintiff's Proposed Plan for Distribution of Settlement Funds received in settlements with the Sumitomo Riko and Toyoda Gosei Defendants (the "Automotive Hoses Settlement Fund"), and following a duly noticed hearing on February 11, 2021, it is hereby ORDERED as follows:

1. The Court approves the Plan for Distribution of Settlement Funds set forth in the Notice of Proposed Settlements of Direct Purchaser Class Action with the Sumitomo Riko and Toyoda Gosei Defendants and Hearing on Final Settlement Approval and Related Matters, and Claim Form, as a fair and reasonable method to calculate claims and to distribute the Automotive Hoses Settlement Fund to Settlement Class members.

2. The Automotive Hoses Settlement Fund, with accrued interest, less any amounts approved by the Court for payment of attorneys' fees, litigation and administration costs and expenses, and a service award for the Class Representative will be distributed *pro rata* among the members of the Settlement Classes who submit timely and valid Claim Forms. If a settlement

class member excludes itself from one or more of the settlements, it shall not receive a share of any settlement from which it opted out.

**IT IS SO ORDERED.**

Dated: February 12, 2021                  <u>s/Sean F. Cox</u>
                                                                                     Sean F. Cox
                                                                                    U. S. District Judge